IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEVI BEDELL, #230 505, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 3:12cv-265-WHA |
| | ) |
| LOUIS BOYD, et al., | )     (WO) |
| | ) |
| Respondents. | ) |

## **ORDER**

This case is before the court on the petition for habeas corpus relief filed by the Petitioner on December 2, 2011 in the Northern District of Alabama and transferred to this court on March 22, 2012.  On August 15, 2012, the Magistrate Judge entered an order directing the Petitioner to show cause why his petition should not be dismissed as it was not filed within the requisite one-year period of limitation pursuant to 28 U.S.C. § 2244 (Doc. #30), to which the Petitioner has not responded.  Therefore, it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of the court.  Final Judgment will be entered accordingly.

DONE this 4th day of November, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE