IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LEVI BEDELL, #230 505, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:12cv-265-WHA |
| | ) | |
| LOUIS BOYD, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, Levi Bedell, and this case is DISMISSED without prejudice.

DONE this 4th day of November, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE